# EXHIBIT A

Gmail

Nick Marquez [redacted]

# Important information regarding your personal data

1 message

**Discord** <noreply@discord.com> Fri, Oct 3, 2025 at 3:44 PM

To: [redacted]

Discord

[redacted]

Hello,

We’re reaching out to you because of a recent security incident on September 20 involving your personal data. Specifically, an unauthorized party gained limited access to a third-party customer service system used by Discord. We have confirmed that some of your personal data associated with your contact with our Customer Support or Trust & Safety teams was exposed in this incident.
This may include:

- Your name, Discord username, email and other contact details if you provided them
- Limited payment information, including payment type, last four digits of your credit card, and purchase history if associated with your account
- IP addresses
- Messages and attachments sent to our Customer Support or Trust & Safety agents

The incident did not include:

- Full credit card numbers or CCV codes
- Your physical address
- Your messages or activity on Discord beyond what you may have discussed with customer support or trust and safety agents
- Your Discord password or authentication data

The ticket numbers impacted for your account were: [redacted]
You can use these ticket numbers to search for the relevant exchanges in your email account.

As soon as we became aware of this incident, we followed our incident response procedures and took immediate steps to address the situation, including revoking the customer support provider’s third-party access to our ticketing system, launching an internal investigation, and engaging a leading forensics IT firm to support our investigation and remediation efforts. We’ve also notified law enforcement of the incident.

Discord has and will continue to take the appropriate steps in response to this situation. We have reviewed our threat detection systems and security controls for third-party support providers at Discord. As standard, we will continue to frequently audit our third-party systems to ensure they meet our high safety standards.

Looking ahead, we recommend that you stay alert when receiving messages or other communication that may seem suspicious. We have service agents on hand to answer questions and provide additional support. You can contact us through this form: http://dis.gd/support

We take our responsibility to protect your personal data seriously and understand the inconvenience and concern this may cause.

---

Need help? Contact our support team or hit us up on X @discord.
Want to give us feedback? Let us know what you think on our feedback site.

Sent by Discord • Check Our Blog • @discord

444 De Haro Street, Suite 200, San Francisco, CA 94107