THOMAS WAKEFIELD, State Bar No. 330121
STEPHANIE CHENG, State Bar No. 319856
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: twakefield@wsgr.com
stephanie.cheng@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICHOLAS MARQUEZ, et al.,

Plaintiffs,

v.

DISCORD, INC.,

Defendant.

Case No.: 3:25-cv-09102-SK

**DECLARATION OF THOMAS WAKEFIELD IN SUPPORT OF JOINT STIPULATION EXTENDING BRIEFING SCHEDULE**

Action filed: October 22, 2025

Before: Hon. Sallie Kim

I, Thomas Wakefield, declare as follows:

1. I am a partner at the law firm Wilson Sonsini and counsel of record for Defendant Discord Inc. in the above-captioned matter. I submit this declaration in support of the above Joint Stipulation and Proposed Order. The following facts are true of my personal knowledge and if called and sworn as a witness I could competently testify to them.

2. In the Joint Stipulation, the parties set a proposed schedule based on the pending motion to relate (ECF No. 6) and forthcoming motion to consolidate.

3. The Parties jointly seek these time extensions to provide appropriate time for the Parties to submit, and the Court to rule on, the forthcoming motion to consolidate. Once that motion has been decided, it provides a schedule for Discord to answer or otherwise respond to the complaint(s). If the motion is granted, it further provides a briefing schedule on any consolidated complaint. This is intended to streamline the case management and conserve judicial resources.

The parties have not previously sought time modifications in this case. I declare under penalty of perjury, under the Laws of the United States, that the foregoing is true and correct.

Dated: October 30, 2025

/s/ *Thomas Wakefield*
Thomas Wakefield

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of October 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: October 30, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Thomas Wakefield*
Thomas Wakefield
E-mail: twakefield@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*