UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE UCETA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**DISCORD, INC.,**<br>Defendant. | Case No. 3:25-cv-08582-JD<br><br>~~[PROPOSED]~~ **ORDER** |
| TUAN NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCORD, INC.,<br><br>Defendant. | Case No. 3:25-cv-08668- JD |
| LORAINNE JESKA and SARAH CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DISCORD, INC. and ZENDESK, INC.,<br><br>Defendants. | Case No. 3:25-cv-08693- JD |

| | |
|---|---|
| THONG NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCORD, INC.,<br>Defendant. | Case No. 3:25-cv-08747- JD |
| MYAH NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCORD, INC.,<br>Defendant. | Case No. 3:25-cv-08767- JD |
| HENRY ZOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCORD, INC.,<br>Defendant. | Case No. 3:25-cv-08826- JD |
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCORD, INC.,<br>Defendant. | Case No. 3:25-cv-08913- JD |
| NICHOLAS MARQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCORD, INC.,<br>Defendant. | Case No. 3:25-cv-09102- JD |

## ~~[PROPOSED]~~ ORDER

Having considered the parties' Stipulated Request to Consolidate Cases and Set Briefing Schedule for Appointment of Interim Class Counsel, and good cause appearing therefor, it is hereby ordered:

The following actions pending in this District are consolidated and assigned to this Court pursuant to Federal Rule of Civil Procedure 42(a) (hereinafter, the "Consolidated Action"):

- *Jacqueline Uceta v. Discord, Inc.*, No. 3:25-cv-08582-JD (N.D. Cal.) ("Uceta"), filed October 7, 2025;
- *Tuan Nguyen v. Discord, Inc.*, No. 3:25-cv-08668-JD (N.D. Cal.) ("Tuan Nguyen"), filed October 9, 2025;
- *Lorainne Jeska and Sarah Chavez v. Discord, Inc. and Zendesk, Inc.*, No. 3:25-cv-08693-JD (N.D. Cal.) ("Jeska"), filed October 9, 2025;
- *Thong Nguyen v. Discord, Inc.*, No. 3:25-cv-08747-JD (N.D. Cal.) ("Thong Nguyen"), filed October 13, 2025;
- *Myah Nguyen v. Discord, Inc.*, No. 3:25-cv-08767-JD (N.D. Cal.) ("Myah Nguyen"), filed on October 14, 2025;
- *Henry Zou v. Discord, Inc.*, No. 3:25-cv-08826-JD (N.D. Cal.) ("Zou"), filed October 15, 2025;
- *Vishal Shah v. Discord, Inc.*, No. 3:25-cv-08913-JD (N.D. Cal.) ("Shah"), filed on October 16, 2025; and
- *Nicholas Marquez v. Discord, Inc.*, No. 3:25-cv-09102-JD (N.D. Cal.) ("Marquez"), filed October 22, 2025.

All papers filed in the Consolidated Action shall be filed under Case No. 3:25-cv-08582-JD, the number assigned to the first-filed *Uceta* action, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Discord Inc. Data Breach Litigation*<br><br>This Document Relates to: | Case No. 3:25-cv-08582-JD<br><br>**CLASS ACTION** |

1. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:25-cv-08582-JD. When a pleading is intended to apply to all the Related Actions, the words "All Actions" shall appear immediately after "This Document Relates to:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates to:" in the caption described above.

2. The Clerk of the Court is directed to administratively close the following Related Actions:

- *Tuan Nguyen v. Discord, Inc.*, No. 3:25-cv-08668-JD (N.D. Cal.), filed October 9, 2025;
- *Lorainne Jeska and Sarah Chavez v. Discord, Inc. and Zendesk, Inc.*, No. 3:25-cv-08693-JD (N.D. Cal.), filed October 9, 2025;
- *Thong Nguyen v. Discord, Inc.*, No. 3:25-cv-08747-JD (N.D. Cal.), filed October 13, 2025;
- *Myah Nguyen v. Discord, Inc.*, No. 3:25-cv-08767-JD (N.D. Cal.), filed October 14, 2025;
- *Henry Zou v. Discord, Inc.*, No. 3:25-cv-08826-JD (N.D. Cal.), filed October 15, 2025;

- *Vishal Shah v. Discord, Inc.*, No. 3:25-cv-08913-JD (N.D. Cal.), filed October 16, 2025; and
- *Nicholas Marquez v. Discord, Inc.*, No. 3:25-cv-09102-JD (N.D. Cal.), filed October 22, 2025.

3. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as this Consolidated Action shall be consolidated with the Consolidated Action. Any party objecting to such consolidation must file a motion requesting relief from this order within fourteen days after the action is consolidated. For the avoidance of doubt, plaintiffs in the Related Actions and Discord each reserve their right to object to or to oppose consolidation of any action other than the Related Actions.

4. As soon as practicable, the parties shall notify the Court whenever a related case that should be consolidated into this action is filed in, or transferred to, this District.

5. Any counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than ten (10) days from the date of entry this Order. Each individual attorney's application shall not exceed five pages double-spaced; each joint application shall not exceed ten pages double-spaced. All applications shall address the factors set forth in Rule 23(g) and may attach or include a link to their firm resume(s). No responses will be permitted.

6. Within seven (7) days of the order appointing lead counsel, the parties shall meet and confer regarding additional case deadlines.

7. Discord is relieved from responding to the individual complaints in the Related Actions, and in related actions subsequently filed, removed, or transferred into this District, until after the appointment of lead counsel and the filing of a consolidated complaint. Pursuant to the Stipulations filed in *Uceta* [ECF No. 16], *Tuan Nguyen* [ECF No. 11], *Jeska* [ECF No. 18], *Thong Nguyen* [ECF No. 17], *Myah Nguyen* [ECF No. 12], *Zou* [ECF No. 12], *Shah* [ECF No. 11], and *Maquez* [ECF No. 10], Discord shall file an answer or responsive pleadings 45 days after this Stipulated Request to Consolidate Cases

and Set Briefing Schedule for Appointment of Interim Class Counsel is denied *or*, if it is granted, after Plaintiffs file a consolidated complaint. If Discord files a motion under Federal Rule of Civil Procedure 12, Plaintiffs' response to such motion shall be due 45 days thereafter, and Discord's Reply shall be due 30 days from the date Plaintiffs' response is filed.

**IT IS SO ORDERED.**

Dated: December 2, 2025

Hon. James Donato
United States District Judge